## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM AMSDEN** | * | CIVIL ACTION NO.: _____ |
| | * | |
| **VERSUS** | * | SECTION: _____ |
| | * | |
| | * | JUDGE: _____ |
| **WILSON TYRONNE ASHFORD, JONES** | * | |
| **MOTOR CO., INC., ET AL.** | * | MAGISTRATE JUDGE: _____ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF REMOVAL

TO:  THE HONORABLE JUDGES OF THE
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA (SHREVEPORT)

**NOW INTO COURT**, through undersigned counsel, come Defendants, Wilson Tyronne Ashford, Jones Motor Co., Inc., and RLI Insurance Company, who, pursuant to 28 U.S.C.A. §§ 1332, 1441, and 1446, hereby removes Case No. 638,735 from the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, to the United States District Court for the Western District of Louisiana on the basis of diversity jurisdiction, for the reasons more fully set forth below.

**1.**

Plaintiff filed a Petition for Damages in the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, entitled "*William Amsden versus RLI Insurance Company, et al.*," assigned Civil Docket No. 638,735 ("the Lawsuit").

**2.**

In the Lawsuit, Plaintiff seeks damages for "injury to the bone, muscle, nerve and tissue of the neck, back and spine, traumatic injury to his neck, and traumatic injury to his thoracic spine." allegedly sustained as the result of an August 17, 2021 motor vehicle accident in Caddo

Parish, Louisiana.[1] More specifically, Plaintiff seeks damages for past and future (1) pain and suffering, (2) past and future medical expenses, (3) loss of enjoyment of life, (4) mental anguish and emotional upset, (5) lost wages, and (6) loss of earning capacity.[2]

3.

Plaintiff, William Amsden, is a person of full age and majority domiciled in the Parish of Rapids, State of Louisiana.[3]

4.

Defendant, Jones Motor Co., Inc., is a Pennsylvania corporation with its domicile and principal place of business in Limerick, Pennsylvania.[4]

5.

Defendant, RLI Insurance Company, is an Illinois corporation with its domicile and principal place of business in Peoria, Illinois.[5]

6.

Defendant, Wilson Tyronne Ashford, is a resident and domiciliary of Oktibbeha County, Mississippi.[6]

7.

Upon information and belief, the other Defendant in this matter, State Farm Mutual Automobile Insurance Company, has not been served with the Lawsuit. Accordingly, in accordance with 28 U.S.C.A. § 1446(b)(2)(A), all Defendants who have been named and served in the action as of the time of this pleading join in the removal. In any event, State Farm Mutual

---

[1] Plaintiff's Petition for Damages, filed August 8, 2022, attached hereto and marked as "Exhibit A." at ¶ II and V
[2] "Exhibit A," at ¶ IV.
[3] "Exhibit A," at ¶ I.
[4] Secretary of State profile, attached hereto and marked as "Exhibit B."
[5] RLI Insurance Company's profile with the Louisiana Department of Insurance, attached hereto and marked as "Exhibit C."
[6] "Exhibit A," at ¶ I.

Automobile Insurance Company is an Illinois corporation with its domicile and principal place of business in Bloomington, Illinois.[7]

8.

This action is one in which the District Courts of the United States have original jurisdiction in accordance with 28 U.S.C.A. § 1332(a)(1).

9.

The amount in controversy in this action exceeds the jurisdictional threshold ($75,000.00) set forth in 28 U.S.C.A. §1332(a). In addition to the listed damages set forth above, Plaintiff's counsel also recently informed Defendant that Plaintiff is "working towards" a cervical fusion surgery and produced records in support of same. Attached are medical records from Plaintiff, which include emergency room treatment, months of physical therapy, evaluations with a neurosurgeon, a cervical MRI, an EMG and Nerve Conduction Study, and a cursory recommendation for an anterior cervical discectomy and fusion at C4-5.[8] Additionally, Plaintiff has produced *some* medical bills related to his treatment, which currently total $22,500.30.[9] Notwithstanding medical causation and medical necessity, damages awarded in cases involving cervical fusions routinely exceed the jurisdictional threshold.[10]

10.

A copy of all process, pleadings, and orders served upon Defendant is attached to the Certificate of Filing State Court Record.

---

[7] State Farm Mutual Automobile Insurance Company's profile with the Louisiana Department of Insurance, attached hereto and marked as "Exhibit D."
[8] Plaintiff's Medical Records, attached hereto and marked as "Exhibit E."
[9] "Exhibit E."
[10] *Cormier v. Republic Ins. Co.*, 2011-632 (La. App. 3 Cir. 1/18/12), 118 So.3d 16 ($110,000.00); *Basco v. Liberty Mut. Ins. Co.*, 2005-0143 (La. App. 3 Cir. 8/17/05), 909 So.2d 660 ($194,000.00); *Betrand v. Henry*, 01-348 (La. App. 3 Cir. 12/19/01, 812 So.2d 868 ($175,000.00).

**11.**

This action is removable under and by virtue of the acts of Congress of the United States, 28 U.S.C.A. §§ 1332 and 1441, and Defendant desires to remove it to this Court.

**12.**

This Notice of Removal is timely because it has been filed within thirty (30) days of receipt of "other paper" upon which Defendant ascertained that the case is or has become removable in accordance with 28 U.S.C.A. § 1332(b)(3) and within one (1) year of the commencement of the aforementioned action.

**13.**

Accordingly, Defendants, Jones Motor Co., Inc. and RLI Insurance Company, requests the above-entitled action be removed to this Court in accordance with the provisions of 28 U.S.C.A. § 1441, *et seq*.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted, |
| I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by electronic mail. | **CONNICK AND CONNICK, LLC** |
| Metairie, Louisiana, this 14th day of September, 2022. | */s/ Matthew D. Moghis*<br>MATTHEW D. MOGHIS, LA BAR NO. 33994<br>W. PETER CONNICK, LA BAR NO. 14158<br>MICHAEL S. FUTRELL, LA BAR NO. 20819<br>TUCKER H. WIMBERLY, LA BAR NO. 37920<br>3421 N. Causeway Blvd., Suite 408<br>Metairie, Louisiana 70002<br>Telephone:  (504) 681-6658<br>Facsimile:  (504) 838-9903<br>E-mail:  moghis@connicklaw.com |
| */s/ Matthew D. Moghis*<br>MATTHEW D. MOGHIS | *Counsel for Defendants, Wilson Tyronne Ashford, Jones Motor Co., Inc., and RLI Insurance Company* |